IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIL-TEK INDUSTRIAL SALES, LIMITED,<br>Plaintiff | : | CIVIL ACTION NO. 2:11-cv-00354-GLL |
| | : | |
| | : | PITTSBURGH DIVISION |
| v. | : | |
| | : | |
| S. P. KINNEY ENGINEERS, INC.,<br>Defendant | : | |
| | : | JUDGE LANCASTER |

**ORDER GRANTING MOTION FOR AUTHORITY TO APPEAR
TELEPHONICALLY AT RULE 16 SCHEDULING CONFERENCE**

CPF PQY, vjku: vj fc{ qh Lwn{, 4233, wpon consideration of Plaintiff's *Motion for Authority to Appear Telephonically at Rule 16 Scheduling Conference*, KV KU JGTGD[

ORDERED that the relief requested kp vjg Motion is GRANTED. Vjg Kpkvkcn Twng 38 Uejgfwnkpi Eqphgtgpeg, uejgfwngf hqt Vwgufc{, Lwn{ 48, 4233 cv 6-52 r0o0, y kn pqy dg jgnf d{ vgngrjqpg cpf vjg Eqwtv y kn kpkvkcvg vjg Eqphgtgpeg Ecn0 Eqwpugn hqt dqvj rctvkgu y kn contact Chambers cpf rtqxkfg vjgkt fktgev fkcn vgngrjqpg pwo dgtu hqt vjku fcvg cpf vko g0

BY THE COURT:

uII ct{ N0 Ncpecuvgt
_____, C.J.
GARY L. LANCASTER,
CHIEF UNITED STATES DISTRICT JUDGE