IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIL-TEK INDUSTRIAL SALES, LIMITED,<br>Plaintiff | : | CIVIL ACTION NO. 2:11-cv-00354-GLL |
| | : | PITTSBURGH DIVISION |
| v. | : | |
| S. P. KINNEY ENGINEERS, INC.,<br>Defendant | : | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Mil-Tek Industrial Sales, Limited (the "Plaintiff") and S.P. Kinney Engineers, Inc. (the "Defendant") by and through their undersigned counsel, STIPULATE AND AGREE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-styled action has been resolved by settlement and is hereby DISMISSED WITH PREJUDICE and without costs to either party.

Dated: September 20, 2011

/s/ Nicholas R. Pagliari
Nicholas R. Pagliari, (Pa. ID No. 87877)
npagliari@quinnfirm.com
Quinn Law Firm
2222 West Grandview Boulevard
Erie, Pennsylvania 16506
Tel: (814) 833-2222
Fax: (814) 835-2076

Counsel to the Plaintiff,
Mil-Tek Industrial Sales, Ltd.

/s/ Eric S. Newman
Eric S. Newman, (Pa. ID No. 89949)
enewman@cohenlaw.com
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, Pennsylvania 15222-3152
Tel: (412) 297-4900
Fax: (412) 209-1874

Counsel to Defendant,
S.P. Kinney Engineers, Inc.

SO ORDERED, this 26 day of September, 2011.